**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judy Carrillo, | No. CV-24-01185-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Discover Financial, | |
| Defendant. | |

Pending before the Court is Plaintiff's "Application to Proceed in District Court Without Paying Fees or Costs" ("Application to Proceed in Forma Pauperis") (Doc. 2). Plaintiff has filed over fifty cases in this district over the past several months. In several cases, the Judges have concluded that Plaintiff is ""is abusing the Court's process for *in forma pauperis* litigants, which is intended to ensure access to the justice system for claimants who cannot afford to pay the filing fee." *Carrillo v. Only Fans*, No. 2:24-cv-00758-SMM, at *2 (May 29, 2024) (Doc. 5); *see also Carrillo v. Go Fund Me*, No. 2:24-cv-01183-DGC, 2024 WL 3299793 (D. Ariz. June 3, 2024) (Doc. 5); *Carrillo v. Burger King*, 2:24-cv-01197-GMS (June 20, 2024) (Doc. 6); *Carrillo v. VISA*, No. 2:24-CV-1187-DLR (July 25, 2024) (Doc. 5). This Court agrees and will deny Plaintiff's application.

**IT IS ORDERED** that Plaintiff's Application to Proceed in Forma Pauperis (Doc. 2) is **DENIED**. Plaintiff has until **October 29, 2024**, in which to pay the filing fee associated with this action.

If Plaintiff fails to pay the filing fee by this deadline, the Clerk is directed to dismiss the case without further order of the Court.

Dated this 17th day of October, 2024.

_____
Honorable Susan M. Brnovich
United States District Judge